# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Lorenzo Martez Lewis                          Docket No. 7:05-CR-142-1FL

### Petition for Action on Supervised Release

       COMES NOW Kristyn Super, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lorenzo Martez Lewis, who, upon an earlier plea of guilty to Tampering with a Witness, in violation of 18 U.S.C. § 1512(b)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on May 12, 2009, to the custody of the Bureau of Prisons for a term of 46 months consecutive to any state or federal sentence. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 3 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall participate in a vocational training program as directed by the probation office.

3. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

4. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

       On April 29, 2011, upon remand, the defendant was re-sentenced to 44 months imprisonment, consecutive to any previous state sentence, and a 3-year term of supervised release with the special conditions previously noted.

       Lorenzo Martez Lewis was released from custody on October 15, 2013, at which time the term of supervised release commenced.

Lorenzo Martez Lewis
Docket No. 7:05-CR-142-1FL
Petition For Action
Page 2

On December 18, 2013, a violation report was submitted to the court advising that the defendant was charged with Driving While License Revoked in Jones County, North Carolina, on November 23, 2013. As this was the defendant's first infraction, supervision was permitted to continue.

On July 30, 2014, a second violation report was submitted to the court advising that the defendant was charged with Driving While License Revoked, Fictitious Information to Law Enforcement, and Window Tint Violation in Jones County, North Carolina, on July 8, 2014. The probation officer recommended, and the court agreed, to take no action pending disposition of the matter.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 26, 2014, Lewis was charged with Driving While License Revoked in Onslow County, North Carolina. According to the defendant, he was driving to a job interview when he was pulled over by the officer for alleged window tinting violations. The charge remains pending.

As a sanction for the violation conduct involving the repeated traffic charges, the probation officer recommends that the defendant be confined to the custody of the Bureau of Prisons for a period of 3 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall be confined to the custody of the Bureau of Prisons for a period of 3 days, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Kristyn Super<br>Kristyn Super<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-347-9038<br>Executed On: October 3, 2014 |

Lorenzo Martez Lewis
Docket No. 7:05-CR-142-1FL
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this __6th__ day of __October__, 2014, and ordered filed and made a part of the records in the above case.

_Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge