UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Lorenzo Martez Lewis                                      Docket No. 7:05-CR-142-1FL

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lorenzo Martez Lewis, who, upon an earlier plea of guilty to Tampering with a Witness, in violation of 18 U.S.C. § 1512(b)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on May 12, 2009, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

On April 29, 2011, upon remand, the defendant was re-sentenced to 44 months imprisonment, consecutive to any previous state sentence, and a 3-year term of supervised release.

Lorenzo Martez Lewis was released from custody on October 15, 2013, at which time the term of supervised release commenced.

On December 17, 2013, a violation report was submitted to the court advising that the defendant was charged with Driving While License Revoked in Jones County, North Carolina, on November 23, 2013. As this was the defendant's first infraction, supervision was permitted to continue.

On July 30, 2014, a second violation report was submitted to the court advising that the defendant was charged with Driving While License Revoked, Fictitious Information to Law Enforcement, and Window Tint Violation in Jones County, North Carolina, on July 8, 2014. The probation officer recommended, and the court agreed, to take no action pending disposition of the matter.

On October 3, 2014, a Petition for Action on Supervised Release was submitted to the court advising that the defendant was charged with Driving While License Revoked in Onslow County, North Carolina. As a sanction for the violation conduct involving repeated traffic charges, the probation officer recommended, and the court agreed, to confine Mr. Lewis to the Bureau of Prisons for a period of 3 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 25, 2016, the defendant was charged with Driving While License Revoked by the North Carolina State Highway Patrol in Duplin County, North Carolina. Mr. Lewis provided a written statement admitting to operating the motor vehicle, stating that he did not have another means of getting to work that day. On July 13, 2016, the defendant was charged with Driving While License Revoked by the Jacksonville Police Department in Onslow County, North Carolina. Mr. Lewis again provided a written statement admitting to operating a motor vehicle. Both charges remain pending (16CR702878 and 16CR705374).

As a sanction for the violation conduct, the probation officer recommends that the defendant be confined to the custody of the Bureau of Prisons for a period of 5 days and the imposition of 16 hours of community service.

Lorenzo Martez Lewis
Docket No. 7:05-CR-142-1FL
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 16 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: July 19, 2016

### ORDER OF THE COURT

Considered and ordered this 19th day of July, 2016, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge